No. 91–2061.  JACOBS v. BARR, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 91–2062.  GAVETTE v. INTERNAL REVENUE SERVICE. C. A. 6th Cir.  Certiorari denied.

No. 91–2063.  COMMODITIES EXPORT CO. v. UNITED STATES CUSTOMS SERVICE.  C. A. 6th Cir.  Certiorari denied.

No. 91–2064.  GRAHAM v. GOLDSTEIN.  Ct. App. Mo., Western Dist.  Certiorari denied.

No. 91–2065.  CALIFORNIA ET AL. v. MORRIS.  C. A. 9th Cir. Certiorari denied.

No. 91–2066.  CITY OF CHANUTE, KANSAS, ET AL. v. WILLIAMS NATURAL GAS CO.  C. A. 10th Cir.  Certiorari denied.

No. 91–2067.  BRAYSHAW v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 91–2068.  LAITRAM CORP. ET AL. v. CAMBRIDGE WIRE CLOTH CO.  C. A. Fed. Cir.  Certiorari denied.

No. 91–2069.  UNITED AIRLINES, INC. v. HART ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 91–2070.  STEENBERGEN, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF STEENBERGEN, DECEASED, ET AL. v. FORD MOTOR CO.  Ct. App. Tex., 5th Dist.  Certiorari denied.

No. 91–2071.  CHILDREN'S HOUSE v. FISHER, ATTORNEY GENERAL OF OHIO.  Ct. App. Ohio, Clermont County.  Certiorari denied.

No. 91–2073.  WALKER v. FRITO-LAY, INC.  C. A. 11th Cir. Certiorari denied.

No. 91–2074.  BAUMANN v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.